■ MORTON TAUBIN, Appellant, v JANET TAUBIN, Respondent.—In an action for divorce, the plaintiff husband appeals from a judgment of the Supreme Court, Nassau County (Vitale, J.), dated August 15, 1983, which (1) dismissed plaintiff's cause of action predicated upon constructive abandonment, (2) directed that he pay the sum of $225 a week towards the support of his two daughters, and (3) directed him to pay the defendant wife arrears under a pendente lite award in the amount of $4,950, after a nonjury trial.

Judgment affirmed, with costs.

The record on appeal fully justifies the trial court's determination. Mollen, P. J., Gibbons, Rubin and Kooper, JJ., concur.